STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WILLIAM JOHN STEPHAN, PLAINTIFF IN ERROR.

Argued February 4, 1937—Decided April 30, 1937.

For the plaintiff in error, *John L. Morrissey* and *E. George Aaron.*

For the defendant in error, *Samuel P. Orlando.*

Per Curiam.

The judgment herein is affirmed, by an equally divided court.

*For affirmance*—The Chancellor, Trenchard, Bodine, Donges, Dear, WolfsKeil, Cole, JJ. 7.

*For reversal*—The Chief Justice, Parker, Lloyd, Case, Heher, Perskie, Rafferty, JJ. 7.